**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mary June Deppe | Social Security number or ITIN  xxx–xx–5272 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–19099–CMG | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mary June Deppe

2/25/22                                                   **By the court:**  Christine M. Gravelle
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-19099-CMG
Mary June Deppe  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Feb 25, 2022     Form ID: 318     Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary June Deppe, 477 Center Ave, Middletown, NJ 07748-5370 |
| 519447669 | + | Ani Orthopaedics, Suite 21, Bldg. #2, 1 Bethany Road, Hazlet, NJ 07730-1660 |
| 519447671 | + | Avenue, PO Box 60500, City of Industry, CA 91716-0500 |
| 519447673 | + | Barclays Bank, co Portfiolio Recovery, PO Box 41067, Norfolk, VA 23541-1067 |
| 519447675 | | Bathroom Pro, 1545 Route 37 W Suite 6, Toms River, NJ 08755-4985 |
| 519447702 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218-2676 |
| 519447678 | + | Capital One, co Becket & Lee, LLP, P.O. Box 3001, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 519447685 | + | Comenity Bank/capitsal fbb, co Quantum 3 Group LLC, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519447692 | + | Dr. Chi I. Lee, 717 N Beers Street, Holmdel, NJ 07733-1524 |
| 519447693 | | Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 519447695 | + | First Svgs Bk-blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 519447707 | + | Kay Jewelers, co Buckley King, 600 Superior Ave East, Ste 1400, Cleveland, OH 44114-2693 |
| 519447713 | + | Meridan Health, Po Box 9319, Trenton, NJ 08650-1319 |
| 519447716 | | Riverview Medical Center, Po Box 650292, Dallas, TX 75265-0292 |
| 519447717 | + | Robert Wood Johnson, Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 519447718 | | Rutgers, Robert Wood Johnson Medical School, PO Box 15278, Newark, NJ 07192-5278 |
| 519447721 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 519447719 | | Saker Shop Rite, 922 NJ33 Business, Freehold, NJ 07728 |
| 519447724 | + | Syncb/walmart, co Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 519447729 | + | TD Bank, co Weinstein & Riley, P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 519447727 | | Target National Bank, P. O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519447670 | | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 519447672 | + | EDI: BANKAMER.COM | Feb 26 2022 01:33:00 | Bank Of America, N.a, 4909 Savarese Circ, Tampa, FL 33634-2413 |
| 519447674 | + | EDI: TSYS2 | Feb 26 2022 01:33:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519447676 | | EDI: HFC.COM | Feb 26 2022 01:33:00 | Boscov's, PO Box 13601, Philadelphia, PA |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 19101-3601 |
| 519447679 | | EDI: CAPITALONE.COM | Feb 26 2022 01:33:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 519447677 | + | EDI: CAPITALONE.COM | Feb 26 2022 01:33:00 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 519447680 | | EDI: CAPITALONE.COM | Feb 26 2022 01:33:00 | Capital One Bank, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519447681 | + | Email/Text: bankruptcy@certifiedcollection.com | Feb 25 2022 20:32:00 | Certified Credit & Collection, P.O. Box 336, Raritan, NJ 08869-0336 |
| 519447683 | + | EDI: Q3G.COM | Feb 26 2022 01:33:00 | Comenity Bank/avenue, co Quantum 3 Group LLC, PO Box 788, CP Medical LLC, Kirkland, WA 98083-0788 |
| 519447682 | + | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519447684 | | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Comenity Bank/capitsal fbb, Po Box 18125, Columbus, OH 43218 |
| 519447686 | + | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 519447687 | + | EDI: CRFRSTNA.COM | Feb 26 2022 01:33:00 | Credit First Nationa, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 519447688 | + | EDI: CRFRSTNA.COM | Feb 26 2022 01:33:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 519447689 | + | EDI: CRFRSTNA.COM | Feb 26 2022 01:33:00 | Credit First National Association, P.O. Box 818011, Cleveland, OH 44181-8011 |
| 519447690 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2022 20:35:47 | Credit One Bank, P.O. box 98873, Las Vegas, NV 89193-8873 |
| 519447711 | + | EDI: CITICORP.COM | Feb 26 2022 01:33:00 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 519447691 | + | EDI: DISCOVER.COM | Feb 26 2022 01:33:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 519447696 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 25 2022 20:32:00 | First Svgs Bk-blaze, PO Box 5096, Sioux Falls, SD 57117 |
| 519447694 | + | EDI: BLUESTEM | Feb 26 2022 01:33:00 | Fingerhut Direct Marketing, Customer Service, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 519447697 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 25 2022 20:32:00 | Fortiva, Att Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519447699 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | GECRB/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519447698 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | GECRB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 519447700 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | GECRB/Modell's, P.O. Box 960014, Orlando, FL 32896-0014 |
| 519447701 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | GECRB/Mohawk Floorscape, P.O. Box 960014, Orlando, FL 32896-0014 |
| 519447703 | | EDI: IRS.COM | Feb 26 2022 01:33:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 519447704 | | EDI: RMSC.COM | Feb 26 2022 01:33:00 | JC Penney, P. O.Box 960090, Orlando, FL 32896-0001 |
| 519447708 | + | Email/Text: BKRMailOPS@weltman.com | Feb 25 2022 20:32:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 45274-0425 |
| 519447706 | + | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Kay Jewelers, 375 Ghent Rd., PO Box 1799, Akron, OH 44309-1799 |
| 519447705 | + | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Kay Jewelers, co Sterling Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 519447709 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2022 20:32:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 519447710 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2022 20:32:00 | Kohls/capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519447715 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2022 20:35:46 | Merrick Bank Corp, co Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519447714 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2022 20:35:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519447720 | | EDI: CITICORP.COM | Feb 26 2022 01:33:00 | Sears Credit Card, P.O. Box 183082, Columbus, OH 43218-3082 |
| 519447722 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 519447723 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519448023 | + | EDI: RMSC.COM | Feb 26 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519447730 | | EDI: TDBANKNORTH.COM | Feb 26 2022 01:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 519447725 | + | EDI: WTRRNBANK.COM | Feb 26 2022 01:33:00 | Target, co Financial & Retail Svcs, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519447726 | + | EDI: WTRRNBANK.COM | Feb 26 2022 01:33:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519447728 | | EDI: WTRRNBANK.COM | Feb 26 2022 01:33:00 | Target National Bank, P.O. Box 660170, Dallas, TX 75266-0170 |
| 519447731 | | EDI: USBANKARS.COM | Feb 26 2022 01:33:00 | US Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 519447732 | + | EDI: WFNNB.COM | Feb 26 2022 01:33:00 | Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 519447733 | + | EDI: BLUESTEM | Feb 26 2022 01:33:00 | WebBank, 215 State St. #800, Lake City, UT 84111-2339 |
| 519447734 | + | EDI: BLUESTEM | Feb 26 2022 01:33:00 | WebBank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519447712 | ## | MCS Claim Services, Inc., 123 Frost St., Suite 150, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-19099-CMG    Doc 10    Filed 02/27/22    Entered 02/28/22 00:14:22    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: 318 | Total Noticed: 69 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com  J116@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Mary June Deppe courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 4