UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Mary June Deppe, Debtor.

Case No.: 21-19099-CMG
Chapter: 7
Judge: Christine M. Gravell

## NOTICE OF PROPOSED ABANDONMENT

_____Ilissa Churgin Hook_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on May 3, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Debtor's interest in real property located at
477 Center Avenue, Middletown, New Jersey
Estimated FMV as of Petition Date - $213,167
Less 10% estimated costs of sale - $191,850

Liens on property:
Mortgage in favor of Fay Servicing in the approximate amount of $198,576 as of the Petition Date.

Amount of equity claimed as exempt: $23,062

Objections must be served on, and requests for additional information directed to:

Name: Ilissa Churgin Hook, Chapter 7 Trustee
Address: 1044 Route 23 North, Suite 100, Wayne, NJ 07470
Telephone No.: 973-686-3800 ext. 203    email - Trustee@hookandfatovich.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-19099-CMG
Mary June Deppe  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Apr 01, 2022      Form ID: pdf905      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary June Deppe, 477 Center Ave, Middletown, NJ 07748-5370 |
| 519447669 | + | Ani Orthopaedics, Suite 21, Bldg. #2, 1 Bethany Road, Hazlet, NJ 07730-1660 |
| 519447671 | + | Avenue, PO Box 60500, City of Industry, CA 91716-0500 |
| 519447672 | + | Bank Of America, N.a, 4909 Savarese Circ, Tampa, FL 33634-2413 |
| 519447673 | + | Barclays Bank, co Portfiolio Recovery, PO Box 41067, Norfolk, VA 23541-1067 |
| 519447675 | | Bathroom Pro, 1545 Route 37 W Suite 6, Toms River, NJ 08755-4985 |
| 519447702 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218-2676 |
| 519447678 | + | Capital One, co Becket & Lee, LLP, P.O. Box 3001, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 519447685 | + | Comenity Bank/capitsal fbb, co Quantum 3 Group LLC, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519447692 | + | Dr. Chi I. Lee, 717 N Beers Street, Holmdel, NJ 07733-1524 |
| 519447693 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 519447695 | + | First Svgs Bk-blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 519447707 | + | Kay Jewelers, co Buckley King, 600 Superior Ave East, Ste 1400, Cleveland, OH 44114-2693 |
| 519447713 | + | Meridan Health, Po Box 9319, Trenton, NJ 08650-1319 |
| 519447716 | | Riverview Medical Center, Po Box 650292, Dallas, TX 75265-0292 |
| 519447717 | + | Robert Wood Johnson, Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 519447718 | | Rutgers, Robert Wood Johnson Medical School, PO Box 15278, Newark, NJ 07192-5278 |
| 519447721 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 519447719 | | Saker Shop Rite, 922 NJ33 Business, Freehold, NJ 07728 |
| 519447724 | + | Syncb/walmart, co Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 519447729 | + | TD Bank, co Weinstein & Riley, P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 519447726 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519447725 | + | Target, co Financial & Retail Svcs, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519447728 | | Target National Bank, P.O. Box 660170, Dallas, TX 75266-0170 |
| 519447727 | | Target National Bank, P. O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519447670 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 519447672 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 01 2022 20:46:14 | Bank Of America, N.a, 4909 Savarese Circ, |

Case 21-19099-CMG   Doc 12   Filed 04/03/22   Entered 04/04/22 00:13:47   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: pdf905 | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Tampa, FL 33634-2413 |
| 519447674 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 01 2022 20:46:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519447676 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 01 2022 20:46:00 | Boscov's, PO Box 13601, Philadelphia, PA 19101-3601 |
| 519447679 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2022 20:50:07 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 519447677 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2022 20:49:38 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 519447680 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2022 20:49:37 | Capital One Bank, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519447681 | + | Email/Text: bankruptcy@certifiedcollection.com | Apr 01 2022 20:47:00 | Certified Credit & Collection, P.O. Box 336, Raritan, NJ 08869-0336 |
| 519447683 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2022 20:47:00 | Comenity Bank/avenue, co Quantum 3 Group LLC, PO Box 788, CP Medical LLC, Kirkland, WA 98083-0788 |
| 519447682 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519447684 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Comenity Bank/capitsal fbb, Po Box 18125, Columbus, OH 43218 |
| 519447686 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 519447687 | + | Email/Text: BKPT@cfna.com | Apr 01 2022 20:46:00 | Credit First Nationa, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 519447688 | + | Email/Text: BKPT@cfna.com | Apr 01 2022 20:46:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 519447689 | + | Email/Text: BKPT@cfna.com | Apr 01 2022 20:46:00 | Credit First National Association, P.O. Box 818011, Cleveland, OH 44181-8011 |
| 519447690 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2022 20:50:12 | Credit One Bank, P.O. box 98873, Las Vegas, NV 89193-8873 |
| 519447711 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2022 20:50:30 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 519447691 | + | Email/Text: mrdiscen@discover.com | Apr 01 2022 20:46:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 519447693 | | Email/Text: ECF@fayservicing.com | Apr 01 2022 20:46:00 | Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 519447696 | | Email/Text: BNBLAZE@capitalsvcs.com | Apr 01 2022 20:46:00 | First Svgs Bk-blaze, PO Box 5096, Sioux Falls, SD 57117 |
| 519447694 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 01 2022 20:47:00 | Fingerhut Direct Marketing, Customer Service, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 519447697 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 01 2022 20:46:00 | Fortiva, Att Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519447699 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:50:09 | GECRB/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519447698 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:49:42 | GECRB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 519447700 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:49:42 | GECRB/Modell's, P.O. Box 960014, Orlando, FL 32896-0014 |
| 519447701 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:50:28 | GECRB/Mohawk Floorscape, P.O. Box 960014, Orlando, FL 32896-0014 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519447703 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2022 20:46:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 519447704 | | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:50:09 | JC Penney, P. O.Box 960090, Orlando, FL 32896-0001 |
| 519447708 | + | Email/Text: BKRMailOPS@weltman.com | Apr 01 2022 20:46:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 519447706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Kay Jewelers, 375 Ghent Rd., PO Box 1799, Akron, OH 44309-1799 |
| 519447705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Kay Jewelers, co Sterling Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 519447709 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 01 2022 20:46:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 519447710 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 01 2022 20:46:00 | Kohls/capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519447715 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2022 20:49:42 | Merrick Bank Corp, co Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519447714 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2022 20:49:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519447720 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2022 20:50:14 | Sears Credit Card, P.O. Box 183082, Columbus, OH 43218-3082 |
| 519447722 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:50:27 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 519447723 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:50:13 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519448023 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2022 20:49:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519447730 | | Email/Text: bankruptcy@td.com | Apr 01 2022 20:47:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 519447725 | + | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:46:00 | Target, co Financial & Retail Svcs, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519447726 | + | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:46:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519447728 | | Email/Text: bncmail@w-legal.com | Apr 01 2022 20:46:00 | Target National Bank, P.O. Box 660170, Dallas, TX 75266-0170 |
| 519447731 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 01 2022 20:47:00 | US Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 519447732 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 20:46:00 | Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 519447733 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 01 2022 20:47:00 | WebBank, 215 State St. #800, Lake City, UT 84111-2339 |
| 519447734 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 01 2022 20:47:00 | WebBank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: pdf905 | Total Noticed: 69 |

519447712    ##    MCS Claim Services, Inc., 123 Frost St., Suite 150, Westbury, NY 11590-5027

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com  J116@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Mary June Deppe courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 4