Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19099−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary June Deppe
   477 Center Ave
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−5272

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtor's interest in real property located at 477 Center Avenue, Middletown, NJ

Dated: April 27, 2022
JAN: mjb

                                                        Jeanne Naughton
                                                        Clerk